# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DAVID HOPKINS PLEMONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 3:18-cv-00498 |
| | ) | |
| **CORE CIVIC ADMINISTRATIVE** | ) | |
| **HEADQUARTERS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

In this action brought under 42 U.S.C. § 1983, the Magistrate Judge has issued a Report and Recommendation ("R&R") recommending that Defendants' Motions for Summary Judgment (Doc. Nos. 81 & 85) be granted and that this action be dismissed for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e. No objections have been filed to the R&R.

Having reviewed the matter *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the R&R (Doc. No. 101) is **APPROVED** and **ADOPTED**, and Defendants' Motions for Summary Judgment (Doc. Nos. 81 & 85) are **GRANTED.**

The Clerk of the Court shall enter a judgment in favor of Defendants and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE